**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-6253**

---

ARYEE HENDERSON,

        Plaintiff - Appellant,

    v.

LASHAWN PEEPLES, Associate Warden; GREGORY WASHINGTON, Associate Warden; JAMES PARRISH, Associate Warden; MICHAEL STEPHAN, Warden; MS. GASQUE, Grievance Coordinator,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge.  (4:19-cv-01861-BHH)

---

Submitted:  April 14, 2023                                 Decided:  May 10, 2023

---

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Aryee Henderson, Appellant Pro Se.  Brian L. Craven, Daniel Roy Settana, Jr., MCKAY FIRM, PA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aryee Henderson appeals the district court's order adopting the magistrate judge's recommendation and granting summary judgment to Defendants on Henderson's 42 U.S.C. § 1983 complaint. After reviewing the record, we conclude that the district court correctly determined that Henderson failed to exhaust his available administrative remedies prior to filing his complaint. Accordingly, we affirm the district court's judgment. *Henderson v. Peeples*, No. 4:19-cv-01861-BHH (D.S.C. Nov. 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
